Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK: R. Jaiman / A. Buttrick
RPTR/ECRO/TAPE: Sharon Masse
TOTAL TIME: 0 hours 50 minutes
DATE: 4/25/2017   START TIME: 2:10 p.m.   END TIME: 3:00 p.m.
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:14-cv-1471 (SRU)

Erin McGuire                                    Michael McMinn
                                                Plaintiff's Counsel
            vs
Town of Stratford                               Margaret Sheahan; Jessica Slippen
                                                Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing        ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ....# 86 Motion for Summary Judgment          ☑ granted ☑ denied ☐ advisement
☐ ....# ___ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ....      Oral Motion _____         ☐ granted ☐ denied ☐ advisement
☐ ....      Oral Motion _____         ☐ granted ☐ denied ☐ advisement
☐ ....      Oral Motion _____         ☐ granted ☐ denied ☐ advisement
☐ ....      Oral Motion _____         ☐ granted ☐ denied ☐ advisement
☐ ....      ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ........  For reasons stated on the record, the defendant's motion for summary   ☐ filed ☐ docketed
☐ ........  judgment was granted in part and denied in part. It was granted with respect ☐ filed ☐ docketed
☐ ........  to the Hostile Work Environment claim, the retaliatory constructive discharge ☐ filed ☐ docketed
☐ ........  claim, and the negligence claim to the extent that relied on discretionary acts; ☐ filed ☐ docketed
☐ ........  and denied with respect to the remainder of the retaliation claim and the ☐ filed ☐ docketed
☐ ........  negligence claim to the extent it is premised on Wright's mandated reporting. ☐ filed ☐ docketed
☐ ........  _____ Hearing continued until _____ at _____

Notes: