# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ERIN MCGUIRE                          :
     Plaintiff,                      :
                          :   CIVIL NO. 3:14-cv-01471- SRU
     v.                              :
                           :
TOWN OF STRATFORD                     :
     Defendant                       :   NOVEMBER 20, 2017

## PLAINTIFF'S MOTION TO WITHDRAW MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND

       The Plaintiff, Erin McGuire, hereby moves to withdraw her Memorandum in Opposition to the Defendant's Motion to Amend which has been filed in error [Doc. 127.] Plaintiff is simultaneously, filing an amended opposition to the Defendant's Motion to Amend in order to correct this error.

                             THE PLAINTIFF,
                             ERIN MCGUIRE

                   By:  _____/s/_____
                       Eugene Axelrod (ct00309)
                       Michael C. McMinn (ct27169)
                       Axelrod & Associates
                       8 Lunar Drive
                       Woodbridge, Connecticut  06525
                       Telephone:  (203) 389-6526
                       Email:  eaxelrod@axelrodlegal.com

## <u>CERTIFICATION</u>

I hereby certify that on November 20, 2017, copy of the foregoing was electronically filed and served on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system of by mail to anyone unable to accept electronic filing through the Court's CM/ECF System.

By:_____/s/_____
    Michael  C. McMinn (ct27169)