UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ERIN McGUIRE,** ) | CIVIL ACTION NO: |
| Plaintiff, ) | 3:14-cv-01471 (SRU) |
| ) | 3:15-cv-01192 (SRU) |
| v. ) | |
| **TOWN OF STRATFORD,** ) | |
| Defendant. ) | |
| ) | December 27, 2017 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendant in the above-captioned case hereby stipulate to a dismissal of these consolidated actions in their entirety, with prejudice, each party to bear his or its own costs and expenses.

Plaintiff's counsel has reviewed this stipulation and has authorized defendant's counsel to file it jointly.

| | |
|---|---|
| THE PLAINTIFF, | THE DEFENDANT, |
| By: _____/s/_____ | By:_____/s/_____ |
| Eugene Axelrod (ct00309) | Jessica Slippen (ct25675) |
| Michael C. McMinn (ct27169) | Mitchell & Sheahan, P.C |
| Axelrod & Associates | 80 Ferry Blvd. Suite 216 |
| 8 Lunar Drive | Stratford, CT 06615 |
| Woodbridge, Connecticut  06525 | Telephone: (203) 873-0240 |
| Telephone:  (203) 389-6526 | jslippen@mitchellandsheahan.com |
| eaxelrod@axelrodlegal.com | |

**CERTIFICATION**

I hereby certify that on December 27, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                     /s/   *Jessica A. Slippen*
                                         Jessica A. Slippen